1  ANNA Y. PARK  (CA SBN 164242)
   U.S. EQUAL EMPLOYMENT
2  OPPORTUNITY COMMISSION
   255 E. Temple Street, Fourth Floor
3  Los Angeles, CA 90012
   Telephone: (213) 894-1083
4  Facsimile: (213) 894-1301
   E-Mail: **lado.legal@eeoc.gov**

5

6  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
7  OPPORTUNITY COMMISSION

8
                **UNITED STATES DISTRICT COURT**
9
              **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 U.S. EQUAL EMPLOYMENT          )  CASE NO. **06 CV 2 150 JM**     JMA
12 OPPORTUNITY COMMISSION,        )
                                  )  **COMPLAINT - CIVIL RIGHTS /**
13                                )  **EMPLOYMENT**
                                  )  **DISCRIMINATION**
14         Plaintiff,             )       **Sexual Harassment**
                                  )
15    v.                          )
                                  )
16                                )  (42 U.S.C. §§ 2000e, *et seq.*)
   HOMETOWN BUFFET, INC. and      )
17 DOES 1 -10, inclusive,         )  **JURY TRIAL DEMAND**
                                  )
18         Defendants.            )
                                  )
19 ——————————————————————————————)

20                **NATURE OF THE ACTION**

21       This is an action under Title VII of the Civil Rights Act of 1964 and Title I of

22 the Civil Rights Act of 1991 to correct unlawful employment practices.  Plaintiff

23 United States Equal Employment Opportunity Commission ("Plaintiff" or

24 "Commission") alleges that Defendants HomeTown Buffet, Inc. and Does 1 - 10

25 ("Defendants") subjected Charging Parties Yesica Owen, Eliza Navarette, and other

26 similarly situated individuals to sexual harassment / hostile work environment on the

27 basis of sex, female.

28 ///

                                1
                            **COMPLAINT**

**JURISDICTION AND VENUE**

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345.

2.     This action is authorized and instituted pursuant to Section 706(f)(1) and (3) and Section 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

3.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of California.

**PARTIES**

4.     Plaintiff, United States Equal Employment Opportunity Commission, is the federal agency charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) and Section 707 of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

5.     At all relevant times, Defendants have continuously been doing business nationwide, including in the State of California and in the jurisdiction of the United States District Court of the Southern District of California.  At all relevant times, Defendants have continuously employed fifteen (15) or more persons.

6.     At all relevant times, Defendants have continuously engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII , 42 U.S.C. § 2000e(b), (g), and (h).

7.     Plaintiff is ignorant of the true names and capacities of Defendants sued as Does 1 through 10, inclusive.  Therefore, Plaintiff sues said Defendants by such fictitious names.  Plaintiff reserves the right to amend the complaint to name the Doe Defendants as they become known.  Plaintiff alleges that each of the Defendants named as Doe Defendants was in some manner responsible for the acts and omissions

///

2

1  alleged herein and Plaintiff will amend the complaint to allege such responsibility

2  when Plaintiff has ascertained the identity of the Doe Defendants.

3      8.    All of the acts and failures to act alleged in this complaint were duly

4  performed by and attributable to all Defendants, each acting as successor, agent,

5  employee, or under the direction and control of the others, except as otherwise

6  specifically alleged.  The alleged acts and failures to act were within the scope of such

7  agency and/or employment, and each Defendant participated in, approved and/or

8  ratified the other Defendants' unlawful acts and omissions alleged in this complaint.

9  Whenever and wherever reference is made in this Complaint to any act by a Defendant

10  or Defendants, such allegations and reference shall also be deemed to mean the acts

11  and failures to act of each Defendant acting individually, jointly, and/or severally.

12  **STATEMENT OF CLAIMS**

13      9.    More than thirty days prior to the filing of this lawsuit, Yesica Owen and

14  Eliza Navarette filed charges with the Commission alleging that Defendants violated

15  Title VII.  The Commission investigated and issued a Letter of Determination for each

16  of the charge.  The Commission found that Defendants subjected Yesica Owen, Eliza

17  Navarette, and other similarly situated employees to sexual harassment / hostile work

18  environment on the basis of sex, female.  All conditions precedent to the filing of this

19  lawsuit have been fulfilled.

20      10.    Since at least October 2002, Defendants have engaged in unlawful

21  employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-

22  2(a)(1) at one of HomeTown Buffet's restaurants located in El Cajon, California.

23  Defendants subjected Yesica Owen, Eliza Navarette, and other similarly situated

24  employees to sexual harassment / hostile work environment on the basis of sex,

25  female.  The sexual harassment included, but not limited to, unwanted physical

26  touching and/or sexually charged and/or suggestive speech and/or conduct.

27  ///

28  ///

1    11.   Even after receiving complaints of sexual harassment, Defendants failed
2  to take immediate and effective corrective action to prevent or to correct the sexual
3  harassment.

4    12.   The effect of the practices complained as described in paragraphs 10 and
5  11 has been to deprive Yesica Owen, Eliza Navarette, and other similarly situated
6  employees of equal employment opportunities and otherwise adversely affect their
7  status as employees, because of their sex, female.

8    13.   The unlawful employment practices described above were intentional.

9    14.   The unlawful employment practices described above were done with
10  malice or with reckless indifference to the federally protected rights of Yesica Owen,
11  Eliza Navarette, and the similarly situated employees.

12    15.   As a direct and proximate result of the acts of Defendants as described
13  above, Yesica Owen, Eliza Navarette, and the similarly situated employees have
14  suffered pain and suffering, inconvenience, loss of enjoyment of life, humiliation and
15  damages, all to be proven at trial.

16    16.   As a direct and proximate result of Defendants' acts as described above,
17  Yesica Owen, Eliza Navarette, and the similarly situated employees suffered a loss of
18  earnings in an amount to be proven at trial.

19                            **PRAYER FOR RELIEF**

20    Wherefore, the Commission respectfully requests that this Court:

21    A.   Grant a permanent injunction enjoining Defendants, their respective
22  officers, successors, assigns, agents, and all persons in active concert or participation
23  with them, from engaging in any employment practice which discriminates or creates a
24  hostile environment on the basis of sex;

25    B.   Order Defendants to institute and carry out policies, practices, and
26  programs which provide equal employment opportunities, and which eradicate the
27  effects of its past and present unlawful employment practices;

28  ///

---

4

**COMPLAINT**

1        C.    Order Defendants to make whole Yesica Owen, Eliza Navarette, and the

2   similarly situated employees by providing the appropriate back pay with prejudgment

3   interest, and front pay in amounts to be determined at trial, and/or other affirmative

4   relief necessary to eradicate the effects of Defendants' unlawful employment

5   practices;

6        D.    Order Defendants to make whole Yesica Owen, Eliza Navarette, and the

7   similarly situated employees by providing compensation for past and future non-

8   pecuniary losses resulting from the unlawful practices complained as described above,

9   including, but not limited to pain and suffering, inconvenience, loss of enjoyment of

10   life, and humiliation, in amounts to be determined at trial;

11        E.    Order Defendants to pay Yesica Owen, Eliza Navarette, and the similarly

12   situated employees punitive damages for its malicious and /or reckless conduct as

13   described above, in amounts to be determined at trial.

14        F.    Grant such further relief as the Court deems necessary and proper in the

15   public interest; and

16        G.    Award the Commission its costs of this action.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Dated: September 29, 2006                    Respectfully Submitted

RONALD COOPER,
General Counsel

JAMES LEE,
Deputy General Counsel

GWENDOLYN YOUNG REAMS,
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

By: _____
ANNA Y. PARK
Regional Attorney

*via pdf file*

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

6

## CIVIL COVER SHEET

| I(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| U.S. Equal Employment Opportunity Commission | Hometown Buffet, Inc., and Does 1-10 inclusive |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Los Angeles ( EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Diego (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Anna Y. Park U.S. Equal Employment Opportunity Commission 255 East Temple Street, 4th Floor Los Angeles, CA 90012   213-894-1080 | '06 CV 2150 JM    JMA |

FILED

2006 SEP 29  PM 2:38

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multi-district Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### V. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $    Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices.

### VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent |
| ☐ 810 Selective Service | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety /Health | ☐ 840 Trademark |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Information Act | ☐ 210 Land Condemnation | ☒ 442 Employment | | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 890 Other Statutory Actions | ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 540 Mandamus/ Other | | |
| | ☐ 245 Tort Product Liability | | ☐ 550 Civil Rights | | |
| | ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | |

### VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed? ☐ YES ☐ NO

If yes, list case number(s): _____

| CV-71 (10/01) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

FOR OFFICE USE ONLY: ☐ Pro Hac Vice fee: ☐ paid ☐ not paid

Applying IFP _____ Judge _____ Mag. Judge _____

**CIVIL COVER SHEET**
(Reverse Side)

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

VIII(b). **RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐YES ☒NO

If yes, list case number(s): _____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:
(CHECK ALL BOXES THAT APPLY)  ☐ A.  Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B.  Involve the same or substantially the same parties or property;

☐ C.  Involve the same patent, trademark or copyright;

☐ D. `Call for determination of the same or substantially identical questions of law, or

☐ E.  Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☒ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.
San Diego

List the California County, or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**NOTE:** In land condemnation cases, use the location of the tract of land involved.
San Diego

*via pdf File*

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** X                                        Date 7/29/06
NOTICE TO COUNSEL/PARTIES:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969.  (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

CV-71 (10/01)                              CIVIL COVER SHEET                              Page 2 of 2