1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11  U.S. EQUAL EMPLOYMENT          )  Case No. 06-CV-2150-JM (JMA)
    OPPORTUNITY COMMISSION,        )
12                                 )                **ORDER**
                   Plaintiff,      )
13                                 )
    v.                             )
14                                 )
    HOMETOWN BUFFET, INC., et al., )
15                                 )
                   Defendants.     )
16                                 )
17  _____ )

18      Good cause being shown, Plaintiff's and Defendant's joint
19  motion to continue discovery cut-off dates and the motion-filing
20  deadline is GRANTED IN PART AND DENIED IN PART.  Fact and expert
21  discovery shall be completed by **March 11, 2008.**  The deadline for
22  filing all dispositive motions will **remain unchanged: March 7,**
23  **2008.**
24      **IT IS SO ORDERED.**
25  DATED:  December 6, 2007

26                              _____
27                              Jan M. Adler
                                U.S. Magistrate Judge
28